WENALDEN COMPANY (Substituted for JOHN T. PIRIE, Deceased), Respondent, *v.* PHILIP A. CURRAN, Appellant.

*Pirie* v. *Curran*, 153 App. Div. 899, affirmed.
(Argued March 18, 1915; dedided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a promissory note. The defense relied upon was that the consideration for the note was a promise of the plaintiff, which he failed to perform. Counterclaims were interposed to recover an amount paid the plaintiff upon the same unperformed consideration, and payments made on account of the note without knowledge of the plaintiff's breach of agreement.

*John Ewen* for appellant.

*Earnest P. Hoes* and *Frank L. Hall* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., COLLIN, CUDDE-BACK, HOGAN and SEABURY, JJ. Not sitting: MILLER and CARDOZO, JJ.